UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

MANUEL SALVADOR PEREZ,
an individual,

    Plaintiff,

v.

TIRELAND SERVICES, CORP.,
a Florida Corporation, and
LEONARDO RODRIGUEZ,
an individual

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, the Plaintiff, MANUEL SALVADOR PEREZ, by and through undersigned counsel, and sues the Defendants, TIRELAND SERVICES, CORP., a Florida Corporation, and LEONARDO RODRIGUEZ, an individual, and as grounds therefor states as follows:

1. Plaintiff, MANUEL SALVADOR PEREZ ("Mr. Perez") brings this action pursuant to the Fair Labor Standards Act (29 U.S.C. §201, *et seq.*) and is otherwise *sui juiris*.

2. Pursuant to 28 U.S.C. §1331, this Honorable Court has Subject Matter Jurisdiction over this matter as the claims herein are brought pursuant to a federal statute.

3. Jurisdiction is conferred upon this Honorable Court by 29 U.S.C. §216(b).

4. At all times material hereto Mr. Perez was a resident of the State of Florida and a non-exempt "employee" of Defendant TIRELAND SERVICES, CORP. ("Tireland Svcs.") as defined by the Fair Labor Standards Act.

5. At all times material hereto, Tireland Svcs. was and continues to be a Florida Corporation, with its principal place of business located in Miami-Dade County, Florida.

6. Defendant LEONARDO RODRIGUEZ ("Mr. Rodriguez") is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant Tireland Svcs.; Mr. Rodriguez acted and acts directly in the interests of Tireland Svcs. in relation to said co-Defendant's employees. Mr. Rodriguez effectively dominates Tireland Svcs. administratively or otherwise acts, or has the power to act, on behalf of Tireland Svcs. vis-à-vis its employees and had the authority to direct and control the work of others. Thus, Mr. Rodriguez was and is an "employer" of Mr. Perez within the meaning of 29 U.S.C. §203(d).

7. At all times material hereto, Tireland Svcs. was and continues to be engaged in commerce within the meaning of the Fair Labor Standards Act as it is engaged in the business of purchasing goods from the several States and servicing motor vehicles traveling among and between the several States.

8. At all times material hereto, Tireland Svcs. and Mr. Rodriguez were and continue to be "employers" within the meaning of the Fair Labor Standards Act.

9. At all times material hereto, the work performed by Mr. Perez was directly essential to the work performed by Tireland Svcs. and Mr. Rodriguez.

10. For a period of approximately two (2) years during Mr. Perez's employment, Tireland Svcs. and Mr. Rodriguez failed to pay Mr. Perez the proper minimum wage.

11. Furthermore, Tireland Svcs. and Mr. Rodriguez refused to pay Mr. Perez for work he actually performed simply because Mr. Perez requested a pay increase.

12. Tireland Svcs. and Mr. Rodriguez knowingly and willfully refused to pay Mr. Perez wages for work he actually performed.

13.     Following Mr. Perez's attempts to be paid his wages, Tireland Svcs. and Mr. Rodriguez discharged Mr. Perez from his employment with Tireland Svcs.

14.     All conditions precedent to filing suit have occurred, were performed, have been satisfied, have been excused, and/or waived.

15.     Mr. Perez retained the services of undersigned counsel and has obligated himself to pay for the legal services provided by undersigned counsel.

## COUNT I
## VIOLATION OF F.L.S.A. – MINIMUM WAGES & UNPAID WAGES

16.     Plaintiff hereby incorporates the allegations set forth in paragraphs 1 *through* 15 above as if fully set forth herein.

17.     This is an action against Tireland Svcs. and Mr. Rodriguez for violation of the Fair Labor Standards Act (29 U.S.C. §201, *et seq.*).

18.     Tireland Svcs. and Mr. Rodriguez failed to pay Mr. Perez a proper minimum wage as required by the FLSA.

19.     Specifically, Tireland Svcs. and Mr. Rodriguez failed to pay Mr. Perez at least $8.05 per hour.

20.      Furthermore, when Mr. Perez sought a pay increase, Tireland Svcs. and Mr. Rodriguez withheld Mr. Perez's wages for a period of four (4) months of work he actually performed.

21.     Accordingly, Mr. Perez is entitled to collect his pay as well as liquidated damages, interest, costs, and attorneys' fees, pursuant to 29 U.S.C. §216(b).

        WHEREFORE, the Plaintiff, MANUEL SALVADOR PEREZ, demands judgment against the Defendant, TIRELAND SVCS. SERVICES, CORP., for his accrued but unpaid

wages, liquidated damages, interest, costs, and attorneys' fees, pursuant to the Fair Labor Standards Act, and for such other relief as this Honorable Court deems just and proper.

## COUNT II
## VIOLATION OF F.L.S.A. – RETALIATION

22. Plaintiff hereby incorporates the allegations set forth in paragraphs 1 *through* 15 above as if fully set forth herein.

23. This is an action against Tireland Svcs. and Mr. Rodriguez for violation of the Fair Labor Standards Act (29 U.S.C. §201, *et seq.*).

24. Specifically, Tireland Svcs. and Mr. Rodriguez discharged Mr. Perez from his employment with Tireland Svcs. in retaliation for Mr. Perez's attempts to be compensated for his earned, but unpaid, wages.

WHEREFORE, the Plaintiff, MANUEL SALVADOR PEREZ, demands judgment against the Defendant, TIRELAND SVCS. SERVICES, CORP., for his accrued, but unpaid, wages, liquidated damages, interest, costs, and attorneys' fees, pursuant to the Fair Labor Standards Act, and for such other relief as this Honorable Court deems just and proper.

## COUNT III
## STATE CLAIM FOR UNPAID WAGES

25. Plaintiff hereby incorporates the allegations set forth in paragraphs 1 *through* 15 above as if fully set forth herein.

26. This is an action against, Tireland Svcs. and Mr. Rodriguez to collect unpaid wages.

27. Specifically, Mr. Perez performed work for Tireland Svcs. and Mr. Rodriguez which has gone unpaid thereby forcing Mr. Perez to bring this action for same.

28. Pursuant to § 448.08, Florida Statutes, Mr. Perez is entitled to collect his unpaid wages and may be awarded his reasonable attorney's fees incurred by reason of bringing this action.

WHEREFORE, the Plaintiff, MANUEL SALVADOR PEREZ, demands judgment against the Defendant, TIRELAND SVCS. SERVICES, CORP., for his accrued, but unpaid, wages attorneys' fees, pursuant to Florida Statute § 448.08, and for such other relief as this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all issues so triable as a matter of law.

DATED this 24th day of August, 2016.

Respectfully Submitted,

- And -

*NUÑEZ LAW, P.L.*
2828 Coral Way, Suite 206
Miami, Florida 33145
T: (305) 444-4407
F: (305) 444-4408
E: Eservice@NunezLaw.com

By: _____
    Bobby Nuñez, Esq.
    Fla. Bar No.: 91894

*PEDRO PEREZ-ROURA, P.A.*
2828 Coral Way, Suite 206
Miami, Florida 33145
Telephone: (305) 359-3888
Facsimile: (305) 359-3887

By: __/s/ Pedro A. Perez-Roura____
    Pedro A. Perez-Roura, Esq.
    Fla. Bar. No. 103931
    PPR@PEREZROURALAW.COM